IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CONSUELO CERVANTES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-00110-KC |
| TENET HOSPITALS LIMITED, a Texas Limited Partnership, d/b/a THE HOSPITALS OF PROVIDENCE EAST CAMPUS, | § § § § § § | |
| Defendant. | § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, CONSUELO CERVANTES and Defendant, TENET HOSPITALS LIMITED, a Texas Limited Partnership d/b/a THE HOSPITALS OF PROVIDENCE EAST CAMPUS, pursuant to the Court's Scheduling Order, and Rule CV-88 of the Local Court Rules hereby inform the Court by Report as follows:

1. Pursuant to the Court's September 18, 2018, Scheduling Order [Doc. 18], the parties agreed to and scheduled a mediation for this matter before a duly qualified and certified mediator. The mediation was scheduled and did occur on March 28, 2019 at the offices of Antcliff Mediation, 221 N. Kansas, Suite 609, El Paso, Texas 79901, as previously outlined in the parties' ADR Notice [Doc.  ]. The total amount of fees paid for the mediation service was $500.00 per party.

2. Plaintiff Consuelo Cervantes appeared together with her counsel, John Grost and Felix Valenzuela. Daphne Andritsos Calderon of Norton Rose Fulbright US LLP, appeared with full

- 2 -

authority from Michael Carter, Litigation Claims Manager, Tenet Health, to settle the matter on behalf of the self-insured entity, Tenet Hospitals Limited.

3.   Following good faith negotiations by the parties, the lawsuit settled on agreed terms to include that Plaintiff timely provide payee instructions and information regarding any pending subrogation interest to be paid to Superior Health Plans.

WHEREFORE premises considered, Plaintiff Consuelo Cervantes and Defendant Tenet Hospitals Limited, A Texas Limited Partnership d/b/a The Hospitals of Providence East Campus respectfully requests that the Court accept this Report on Alternative Dispute Resolution as timely filed.

Respectfully submitted,

By: /s/ Yvonne K. Puig
Yvonne K. Puig
State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Daphne Andritsos Calderon
State Bar No. 00793266
daphne.calderon@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone:   (512) 536-2450
Facsimile:   (512) 536-4598

*Attorneys for Defendant Tenet Hospitals Limited, d/b/a The Hospitals of Providence East Campus*

By: /S/ by permission
John Grost
State Bar No. 08548200
619 East Crosby
El Paso, Texas 79902
john@johngrostlaw.com
Tel: 915-533-6001
Fax: 915-533-6077

By: /S/ by permission
Felix Valenzuela
State Bar No. 24076745
Valenzuela Law Firm
221 N. Kansas, Suite 1203
El Paso, Texas 79901
felix@valenzuela-law.com
Tel: 915-209-2719
Fax: 915-493-2404

*Attorneys for Plaintiff*

- 3 -