IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CONSUELO CERVANTES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-00110-KC |
| TENET HOSPITALS LIMITED, a Texas Limited Partnership, d/b/a THE HOSPITALS OF PROVIDENCE EAST CAMPUS, | § § § § § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, CONSUELO CERVANTES and Defendant, TENET HOSPITALS LIMITED, a Texas Limited Partnership d/b/a THE HOSPITALS OF PROVIDENCE EAST CAMPUS, and pursuant to the Court's Order of April 2, 2019 [Dkt. No. 32], and Federal Rule of Civil Procedure 41(a)(2), respectfully provide the following:

1. The parties have resolved the claims made the basis of this lawsuit;

2. The parties request the Court enter an Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

WHEREFORE premises considered, Plaintiff Consuelo Cervantes and Defendant Tenet Hospitals Limited, A Texas Limited Partnership d/b/a The Hospitals of Providence East Campus respectfully request the Court Grant this Motion on proper terms.

Respectfully submitted,

By: _____
Yvonne K. Puig
State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
Daphne Andritsos Calderon
State Bar No. 00793266
daphne.calderon@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:       (512) 536-2450
Facsimile:       (512) 536-4598

*Attorneys for Defendant Tenet Hospitals Limited, d/b/a The Hospitals of Providence East Campus*

By: _____
John Grost
State Bar No. 08548200
619 East Crosby
El Paso, Texas 79902
john@johngrostlaw.com
Tel: 915-533-6001
Fax: 915-533-6077

By: *Felix Valenzuela* by J. Smit c permission.
Felix Valenzuela
State Bar No. 24076745
Valenzuela Law Firm
221 N. Kansas, Suite 1203
El Paso, Texas 79901
felix@valenzuela-law.com
Tel: 915-209-2719
Fax: 915-493-2404

*Attorneys for Plaintiff*