# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **CONSUELO CERVANTES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-18-CV-00110-KC** |
| | § | |
| **TENET HOSPITALS LIMITED, a** | § | |
| **Texas Limited Partnership, d/b/a THE** | § | |
| **HOSPITALS OF PROVIDENCE** | § | |
| **EAST CAMPUS,** | § | |
| | § | |
| **Defendant**. | § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Dismiss with Prejudice,

ECF No. 33.  Accordingly, it is **ORDERED** that all claims in this case are hereby **DISMISSED**

with prejudice.  Each party shall bear its own costs.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 29th day of April, 2019.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE